
**MR**

**RECEIVED** VJD
9/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JOSE L. ALVAREZ

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

FITZ LAW
GROUP/Nicholas
FITZ

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

25-cv-11278
Judge John J. Tharp, Jr
Magistrate Judge Jeffrey T. Gilbert
RANDOM/ Cat. 2

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**  **Plaintiff(s):**

   A.   Name: JOSE LUIS ALVAREZ

   B.   List all aliases: _____

   C.   Prisoner identification number: _____

   D.   Place of present confinement: _____

   E.   Address: 4917 W 28th ST CICERO IL 60804

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.   Defendant: NICHOLAS FITZ

         Title: PERSONAL INJURY ATTORNEY

         Place of Employment: FITZ LAW GROUP 309 W. WASHINGTON CHI, IL 60606 312 762-2400

   B.   Defendant: _____

         Title: _____

         Place of Employment: _____

   C.   Defendant: _____

         Title: _____

         Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:_____
_____
_____

D.    List all defendants: _____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

G.    Basic claim made:_____
_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On July 3, 2023 Karina Alvarez, Daniela Alvarez were killed at 2811 s Millard by my father Jose Alvarez. My Brother Emanuel Alvarez was also shot and survived

(Village)

2. I first started a relashionship with Nicholas Fitz thru a childhood friend Cordova, Edgar, witch had a A case with Fitz and settled around April of 2021. Edgar Cordova reffered me to Nicholas Fitz

3. I referred a close friend of mine that was paralized like myself. Maurice Ramsey with new passed, Nicholas Fitz accepted his case and, won a large sum, sometime in 2022. Dont recall the exact Date

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Right After Maurice Ramsey settlement Nicholas Fitz offer to meet me and thank me in person for the Maurices Refferal, at greek town with Drinks I declined the offer but kept in touch with him.

5. I minules text him with legal questions about casses and refferals

6. Sometime in 2022 he took my brother Emanuel Alvorez case he was involved in a Car Accident

7. let the Court know that Edger Cordova Maurice, Ramsey, Emanuel Alvorez Cases Should be in the Court's Records.

8. On July 3 2023 my father Jose Alvorez shot and killed my Step mother, Karina Alvorez, Daniela Alvorez my sister, shot my Brother Emanuel Alvarez at 2611 S. Millard tel villgee Revised 9/2007

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8. Six days prior to Kasimas and Daniela Murder, 6-28-73, Kasimia filled an Order of Protection and a Restraining Order at the same time the Judge revoked my fathers J.A. Void card.

9. Because of the Legal Relathionship I had with Nicholas Fitz, I thought of him first. So I texted him clips from the News channels (multiple), he was Highly intrested

10. please let the Court Know that Jose L Alvarez was in mourning by by the lost of my family members and incarceration of my father Jose Alvarez. As it took a few months of Nicholas Fitz calling and texting me to get me to sighn the contract.

11. A few months after July 3, 2023 Nicholas Fitz sent an Employe (white Male) they use to pick up clients. He drove a black Lincon Navigator, He picked me up in front of 5129 W. 30st cicero IL my Aunts house, Fitz had to send him trwice but finally picked me up and dropped me off at Nicholas Fitz Law. Bi 309 W Washington St 9th Fl. Chi. IL.

312-762-2400

They also paid for my Uber home and gave me 50.00 dollars cash. (On this day I sighned the Contract.)

12. I Jose Luis Alvarez appaligize to the court the fact that I dont recall some of the dates (contract) because I lost the Contract I went homeless. Because of the lost of 2611 S. Millard Apt.

13. All together It's been two years to this day. For a year in a half Nicholas Flity answered my text and calls. He claimed things were perfect. Then the last six months no contact the last time I talked

to him he stated that we were going to trial so I dont have to call him as much, because trial is 3 to 7 yrs. so I figured thats why he wouldn't answer the last 6 months.

14. I called Fitz office for a month Once every week, I called asking for a a Case number for my case and the secretaries couldn't produce it, finally on Aug. 14. 2025 they admitted that Nicholas Fitz never filed my case.

15. Nicholas Fitz never let me know that he had not filed my case or Quitted my Case; verbally or in Writing.

10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Monetary Damages an Order from a court to Prevent This from Happening (Police Department)*

**VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *09* day of *08*, 20 *23*

_____
(Signature of plaintiff or plaintiffs)

*Jose Luis Alvarez*
(Print name)

_____
(I.D. Number)

*4917 W. 28th ST CICERO ILL*
(Address)                            *60804*

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FROM: JOSE LUIS ALVAREZ
4917 W 28th st
CICERO ILL 60804

09/15/2025-1

  

TO: THE CLERK OF THE
CIRCUIT COURT
219 S. DEARBORN
CHICAGO ILL, 60605

RECEIVED

SEP 15 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT